JENNIE LEVY, as Administratrix of the Estate of SAMUEL LEVY, Deceased, Respondent, v. SAMUEL STERNER et al., Appellants.— Order affirmed, with costs and disbursements. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Callahan, J., dissents and votes to reverse and reinstate the verdict. No opinion.

### (June 15, 1948.)

FRED LIFAVI, Individually and as President of Local 36, United Wire and Metal Workers Union, Affiliated with the Playthings, Jewelry & Novelty Workers International Union, C.I.O., Respondent, v. MAX SANCHEZ et al., Appellants.— Order unanimously modified to the extent of directing that Anthony Esposito and Alex Bail, as president and secretary-treasurer, respectively, of the Playthings, Jewelry & Novelty Workers International Union, affiliated with the Congress of Industrial Organizations, be brought in as parties defendant and that the present defendants be permitted to serve an amended answer containing a counterclaim against such defendants and the plaintiff, upon condition that the defendants-appellants stipulate to withdraw the motion as to the other proposed additional defendants and proceed to trial within two days after joinder of issue as to the counterclaim; otherwise the order appealed from is affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

### (June 17, 1948.)

MILDRED WILCOX, Respondent-Appellant, v. PHILIP E. WILCOX, Appellant-Respondent.— Order unanimously modified by reducing the counsel fee to $750 and the alimony *pendente lite* to $75 a week, and as so modified affirmed, without costs, on condition that defendant notices the case for trial for the September, 1948, Term of the court. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ELLEN J. ROSS, Known Professionally as JANE FROMAN, Appellant, et al., Plaintiffs, v. PAN AMERICAN AIRWAYS, INC., Respondent.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.; Callahan, J., dissents and votes to reverse and deny the motion on the ground that there are triable issues of fact. Settle order on notice. [190 Misc. 974.] [See *post*, p. 876.]

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee of a Trust Created by FINOTTO TELESFORO PEDERZOLI, Respondent, v. MIDLAND BANK EXECUTOR AND TRUSTEE COMPANY LIMITED OF LONDON, as Executor of ALICE PEDERZOLI, Deceased, et al., Respondents, and ROMANO FORESTI et al., Infants, by L. LAWRENCE GREEN, Their Guardian ad Litem, et al., Appellants.—Judgment, so far as appealed from, affirmed, with costs to the defendants-respondents. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.; Peck, P. J., dissents and votes to reverse and direct judgment for the appellants. No opinion.

In the Matter of the Arbitration between GENERAL ELECTRIC COMPANY, Appellant, and UNITED ELECTRICAL RADIO & MACHINE WORKERS OF AMERICA, C.I.O., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore and Cohn, JJ. [See *post*, p. 875.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOSES GUREVICH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.